UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

_PAUL DURHAM, PLAINTIFF_

17CV535

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Detective's, moo young,
Det, CARDONA, Det, CAESAR,
Det, Pinder, Dec, Edwards,
SgT, GRiFFiN, PO BURKE
25 pct, ANd The City of NEW
york,_

_Defendents,_

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes   ☐ No
(check one)

## I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _PAUL DURHAM_
ID # _14R 1850_
Current Institution _GREENE CORR Facility_
Address _P.O. Box 975, COXSACKIE, N.Y. 12051-0875_

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Detective, moo young_    Shield # _3281_
Where Currently Employed _E 119th street, 25th pct_
Address _New york, N.Y. 10027_

*Rev. 05/2010*                    I

*PO Burke*

*E 119th Street 25th pct*
*New York NY 10027*

Defendant No. 2    Name *Detective, CARDONA*    Shield # *446*
Where Currently Employed *E 119th Street, 25th pct.*
Address *New York, N.Y. 10027*

Defendant No. 3    Name *Detective, CAESAR*    Shield #
Where Currently Employed *E 119th Street, 25th pct.*
Address *New York, N.Y. 10027*

Defendant No. 4    Name *Detective, Dinder*    Shield #
Where Currently Employed *E 119th Street, 25 pct.*
Address *New York, N.Y. 10027*

Defendant No. 5    Name *Detective, Edwards*    Shield #
Where Currently Employed *E 119th Street, 25 pct*
Address *New York, N.Y. 10027*

*Sgt. GRIFFIN,    shield #*
*E 119th Street, 25 pct.*
*New York, N.Y. 10027*

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In   what   institution   did   the   events   giving   rise   to   your   claim(s)   occur?
*Inside The 25 pct. Holding cell*

B.    Where   in   the   institution   did   the   events   giving   rise   to   your   claim(s)   occur?
*Holding cell, Inside the 25th pct.*

C.    What date and approximate time did the events giving rise to your claim(s) occur?
*May 30, 2013  3:55 p.m.*

D.    Facts:    *See Attached –*

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *Fracture to Left Elbow with Bone fragments And loose Bone chips in Elbow with pain Percription manegment and physical Extreem pain Treatment*

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___    No  ✗

*Rev. 05/2010*                    3

42 U.S.C 1983 complaint

## Facts

On May 30th 2013 I Paul Durham Plaintiff in the above complaint was arrested for criminal Sale of a controled Substance which Resulted in me obtaining Documented Phyisical injury Due to a Deliberate indifferance. More Telling (inter alia) while standing outside on West 114th Street Between 7th and 8th Ave and without explination or Provication the Manhattan Special Narcotics unit Bombarded the Block of West 114th St Between 7th and 8th Ave I was exercising Protected conduct when officers, Det - Moo young, Det Pinder And Det Edwards (defendant's) Jumped out An unmarked car and processed towards me with Handcuff's. Once I was Handcuffed I was then searched to where everything was taken out of my pocket's And then placed Back in my pocket's then I was pedigreed where once again Everything was taken out of my pocket's and placed inside of A yellow envelope. Once this was done I was then Rushed and forcefully placed in the officers unmarked vehical. Arresting me without A warrant or Any legitimate penological purpose. then I was Brought to the 25th pct station House By Det moo young Det Pinder And Det Edwards once inside the station and taken to a Holding cell in the Back Det Cardona and Det Mooyoung and Det Edward's enter the Holding cell Area with me

ONCE I and the defendants were in the cell I was told to get completly naked at this time there more officers in the Holding cell area inside the percint But standing out the cell I was in. Once I Stated I wasn't getting naked I was Jumped Beaten and my clothe were Being torn off my Body. By Defendants (Det mooyoung) (Det caldonia) (Det Pinder) (Det Edwards) (Det caesar), (PO. Bure) And (Sgt Griffin) After Beating and Jumping on me the defendants put me through a number of unlawfully Body searches they conducted A (Visually) Cavity (manually cavity) search with out a warrant. And causing Embarasment Humiliation and physical injury Additionally the defendants Heretofore Had A culpable wanting state of mind to deliberatly cause me to sustain physical injury. Moreover the Resulting injuries By defendants caused me to go to the Hospital where it was Documented of the injuries (supra)

Therefore for the Reasons Above and the documented deliberate indiference Has causes me extreem pain And suffering that is on going per the 4th, 5th, 6th and 8th amendments of the United - States consitution and 42 u.s.c 1983. Wherefore plaintiff Requests $2. Million dollars for punitive Damages And $3. million dollars for compensatory damages.

Respecfully By Mr Paul
Plaintiff

CC: file.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    N/A

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No X    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No X    Do Not Know _____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No X

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No X

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?    N/A _____

1.    Which claim(s) in this complaint did you grieve?    N/A _____

2.    What was the result, if any?    N/A _____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.    N/A _____
_____
_____
_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____
HAPPEN'ED AT 25ᵗʰ PCT, N.Y. N.Y.
East 119ᵗʰ Street 10027

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____ Belleue Hospitl &
_____ St. Luke's Hospital
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies._____

_____ N/A _____ Civil RighTS _____

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount)._____

_____ RelieF IN moNetARY & compeNsATory dAMAges
IN the AMouNt of 3 millON dollARS.

_____

_____

_____

_____

_____

_____

_____

_____

## VI.    Previous lawsuits:

On these claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No ✗

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____

    If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in  your  favor?  Was  the  case  appealed?) _____
_____
_____

**On other claims**

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____    No _X_

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____

    If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _18_ day of _January_, 20_17_

Signature of Plaintiff _PAul DuRhAm_

Inmate Number _14-R-1850_

Institution Address _GREENE CORRECHONIAL Facility_
_PO BOX 975_
_COXSACKIE NY 12051-0975_
_G-2 22 BED_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _18_ day of _JANuARy_, 20_17_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Paul Dh_

State of New York }
County of Greene } ss.

Sworn to before me on this
18th day of January, 2017

_L. Irving Reed_

L. IRVING REED
Notary Public – State of New York
No. 01RE6328672
Qualified In Albany County
My Comm. Expires Aug. 3, 2019

*Rev. 05/2010*

7

RECEIVED
SDNY PRO SE OFFICE

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

2017 JAN 24  PM 4: 28

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ •●
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                          *Server's signature*

                                       _____
                                          *Printed name and title*

                                       _____
                                          *Server's address*

Additional information regarding attempted service, etc:

JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 U.S.C. 1983

Brief description of cause: Civil Right's Excesive Force Injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE  1-10-17

SIGNATURE OF ATTORNEY OF RECORD  BY: Paul D.

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Civil Summons
8/24/11

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED
SDNY PRO SE OFFICE

# UNITED STATES DISTRICT COURT
2017 JAN 24  PM 4: 29
for the

PAUl DURHAM
_____
Plaintiff )
)
)
v. )    Civil Action No.
)
City of NEW york )
_____ )
Defendant )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                     *Signature of Clerk or Deputy Clerk*

RECEIVED
SDNY PRO SE OFFICE
2017 JAN 24  PM 4: 28

Dear Hon. Clerk of the court
Enclosed is my complaint, Plus one copy.
Please send me Eight U.S.M. Form's upon
my complaint being Docket'ed.

Thank you for your time in this matter, I AM.

Very Truly yours

MR Paul D
#14R1850
G-2 #2 Bed

MR. PAUI DURHAM 14-R-1850 G-2 22 BEd

GREENE CORREctiONAL facility

PO Box 975

COXSACKie NEW YORK 12051-0975





049J82020280

$01.57⁰
01/06/2017

Mailed From 12051
US POSTAGE

GREENE
CORRECTIONAL
FACILITY

Pro Se
1/24/17



JAN 29 2017
CLERK'S OFFICE S.D.N.Y.
RECEIVED

USM P3
SDNY

U.S. District Court

SouthERN DistRict of NEW YORK

DANiEl PAtRick MOyNihAN U.S. CouRt House

500 PEARl St NYC 10007-1312

RECEIVED
SDNY PRO SE OFFICE
2017 JAN 24 PM 4:29